# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

CLYDE ALLEN RIFE,

    Plaintiff,

vs.

SHELTER MUTUAL INSURANCE COMPANY,

    Defendants.

Case No. 14-CV-372-RAW

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Clyde Allen Rife, by and through Donald E. Smolen, attorney of record, of the firm Smolen, Smolen, & Roytman, PLLC, joining with Defendant, Shelter Mutual Insurance Company, by and through R. Ryan Deligans, attorney of record, of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice for all allegations and against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

| | |
|---|---|
| *s/Donald E. Smolen* | *s/ R. Ryan Deligans* |
| Donald E. Smolen, II, Esq., OBA #19944 | R. Ryan Deligans, OBA No. 19793 |
| Smolen, Smolen & Roytman, PLLC | Andrew M. Gunn, OBA No. 19470 |
| 701 South Cincinnati Avenue | Durbin, Larimore & Bialick |
| Tulsa, OK 74119 | 920 North Harvey |
| Telephone: (918) 585-2667 | Oklahoma City, OK 73102-2610 |
| Facsimile: (918) 585-2669 | Telephone: (405) 235-9584 |
| E-Mail: donaldsmolen@ssrok.com | Facsimile: (405) 235-0551 |
| Attorney for Plaintiff | E-Mail: dlb@dlb.net |
| | Attorneys for Defendant |

1413.0405\#9222744v1<OKC> -Dismissal Stipulation